UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN R. BILLIOT | CIVIL ACTION |
| VERSUS | NO. 14-2745 |
| DEPUTY MERCADEL | SECTION "I" (2) |

### **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as duplicative and malicious under 28 U.S.C. § 1915(e)(2)(B)(i).

New Orleans, Louisiana, this 5th day of February, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE